United States District Court
Southern District of Texas
**ENTERED**
March 06, 2025
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>v.<br><br>Manuel Ruben Leal,<br>Defendant. | No. 4:23-cr-00204-26(S)(S) |

### ORDER

Having considered the UNITED STATES' response to LEAL'S MOTION TO SUPPRESS EVIDENCE,

It is hereby ORDERED that LEAL'S MOTION TO SUPPRESS EVIDENCE be DENIED.

ORDERED on this the 6th day of March, 2025 at Houston, Texas.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE